STATE OF NEW JERSEY v. LARRY CASEY.

July 20, 1977. Petition for certification denied.

IN THE MATTER OF: MARGARET S. BONAWITZ.

July 20, 1977. Petition for certification denied.

ROBERTO VALENZUELA v. CAMILLUS CRYNE.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. DONALD CAIN.

July 20, 1977. Petition for certification denied.

PHILLIP B. ROBINSON v. THE CITY OF CAPE MAY.

July 20, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. LEO MCCLEARY.

July 20, 1977. Petition for certification denied. (See 149 *N. J. Super.* 77)